Impact Statement

Lately, every day I see ▇▇▇, it's the same. He comes to class. He receives instruction and when it's time to work, he puts his head down or goes to the puzzle I have and sits and works on it alone. He hates puzzles. Sometimes, he'll come and talk to me. He talks about how worried he is to see the man who I can only call offender, abuser, kidnapper, and other worse names. He gets emotional and we either talk about it quickly or just change the subject. This is what it's like every time a court date gets near and especially the whole month of December.

I remember getting the amber alert on my phone. I felt instant panic. I remember texting between worried teachers. I remember tears. I remember barely sleeping and checking my phone every half hour to see if ▇▇▇ had been found. It was early the next morning that the notice came. I was already awake. Then, I began to think about the future. Now what? How will I help him? How will he learn anything? How will this trauma affect him? How will he ever feel safe?

He came back, very different. He went from a smart, joking, hard working student, to withdrawn and quiet. He would come to class and then he would eat his lunch in my room while I taught another class. It seemed he found a place to feel safe and I didn't mind.

Seventh grade ended and eighth began. ▇▇▇ was my teacher's assistant. He was a great TA. He did his job and offered to do my job too. He was and still is very loyal to me as a teacher. If he heard others talking bad about me, he would defend me. It was later that he began confiding in me. He cried as he talked to me. He was full of shame. Shame that he never should have had.

15 years is not enough. 25 years are not enough. There is no amount of years that can bring back ▇▇▇ real smile, his confidence in himself and his future, and a feeling of real peace. That's what was taken from him.

Please let ▇▇▇ feel some peace and grow up and become a parent without the extra worry and fear. Please keep the offender in prison as long as he breathes so that he can't harm and take another child.


Your Honor,

Every day I see ▇▇▇ the weight of his trauma is evident in the subtle, yet painful, ways he interacts with the world. He comes to class, receives instruction, but when it's time to engage, he withdraws. His head drops to the desk, or he isolates himself with a puzzle—one that he used to hate. He only seeks comfort when the days grow longer and court dates loom closer. The fear creeps back. He tells me, quietly, about the man—the person I can only describe as an offender, an abuser, a kidnapper. He speaks of his worry, his fear, and I see the emotional burden he carries, a burden no child should bear. We try to talk about it, but how do you comfort someone who has been robbed of their safety, their sense of security?

I remember the moment the amber alert flashed across my phone. A rush of panic flooded me— my heart racing, unsure if I would ever see ▇▇▇ again. Texts flew back and forth between

concerned teachers. Tears were shed, prayers were whispered. I stayed awake all night, frantically checking my phone, hoping for good news. And then, the relief that he was found was quickly overshadowed by a chilling thought: how do we move forward from this? How can we help him heal? How can he ever feel safe again?

When ▮ returned to school, he was a shadow of the boy I once knew. The confident, bright, and hardworking student had disappeared, replaced by someone who seemed smaller, quieter, distant. The bright smile that once greeted me each morning was gone. He began eating lunch in my classroom, avoiding his peers, and often without speaking. It was as though he needed a space to simply exist, to feel safe again, and I gave him that space.

As seventh grade ended and eighth began, ▮ became my teacher's assistant. He was dependable, hardworking, always eager to help. He defended me when others spoke ill of me. But as time went on, the true weight of his pain became clearer. He would confide in me, his voice quivering, his eyes full of tears. He said he could only talk to me. The shame he carried was so heavy—shame he never should have felt. It broke my heart to see him struggle with something that was never his fault.

No sentence is long enough. Fifteen years? Twenty-five years? There are no years that could ever undo the damage that has been done. There is no time that can restore the bright, confident young man ▮ once was. There is no way to give him back the future he should have had—the ability to grow, to heal, to trust the world around him. But we can take steps to protect other children, to give ▮ the chance to feel safe again, to reclaim the peace that was stolen from him.

Please, I ask for the maximum sentence. Keep this offender behind bars, where he can never harm another child, where he can never steal the innocence of another soul. Give ▮ the opportunity to grow without the fear that this man could ever come near him again. Let him feel some peace in his heart, so that one day, he can experience life as it was meant to be—free from fear, full of hope, and ready to live the life he deserves.