To Whom It May Concern:

My name is ▮▮▮▮▮▮▮▮▮▮, and I am ▮▮▮▮▮▮▮▮▮▮ mother.

I must be candid: I expected this letter to be easier to write. Although I have had years to reflect on the trauma inflicted upon my family, putting my thoughts and feelings into words today is a daunting challenge. First, I want to express my gratitude for allowing me to share how the tragic incident has profoundly impacted ▮▮▮ and our family.

While you may be familiar with the case details through charge sheets and petitions, I hope to provide a deeper, more intimate understanding of the crime against my son. You likely encounter similar cases regularly, but I urge you to take a moment to hear our story, as it may guide your considerations during the sentencing of the defendant.

On December 26, 2022, at approximately 9:30 P.M., our family returned from a joyful Christmas trip to Cancun. The vacation was a precious time for us to reconnect amidst our busy lives—a refreshing respite from the persistent fear that ▮▮▮ could be abducted. For the first time in a long while, we felt like we were finally regaining our footing.

As we unpacked our bags, we excitedly purchased a Lego set for ▮▮▮, who eagerly intended to start building it before bed. As his older brother went to his room for the night, both boys settled into their downstairs basement bedrooms. At that time, I was immersed in my last year of medical school, preparing to leave for a month-long rural healthcare trip in Thailand on the 28th. After saying goodnight to the boys, my husband, ▮▮▮ and I went to bed, unaware of the horrors that awaited us.

My husband and I awoke the next morning around 7:30 a.m., eager to start our day and prepare for my upcoming trip. We had brought gifts for the boys and were ready to embrace the day. My husband went downstairs to wake them up while I began making the bed.

Suddenly, I heard my husband's frantic voice echoing from downstairs: "▮▮▮ IS GONE." Confusion washed over me as I rushed to the stairs, asking, "Where did he go?" His chilling words pierced through my mind: "He is just gone. I don't know."

▇ immediately began searching the house, calling ▇ name, frantically looking for his phone, hoping it would provide a clue. Meanwhile, I raced into ▇ bedroom, and I will NEVER forget that moment. As I reached the stairs, the cold air hit me like a wave. Upon entering his room, my heart sank: the window was wide open, with no screen, and his backpack was missing. I opened the closet and saw that his beloved piggy bank was gone—like a piece of his childhood had vanished.

Standing in his freezing room, terror coursed through me as disbelief set in. I dashed upstairs to check our security cameras, only to uncover a haunting snapshot—at 11:54 P.M., I saw my son walking into the kitchen in the dark, taking his passport from the countertop. That was all. Nothing could prepare me for the realization that I didn't know where my baby was or why he had left. Just hours earlier, I had hugged him and kissed him goodnight.

Panic took hold as I ran to our neighbors, begging them to check their cameras for any sign of him. I called the police, and then called again, and again, until they finally arrived. Deep down, I knew he was gone. My heart screamed that he had been taken by the defendant.

When I realized my son was gone and wasn't just at his friends or something else, I knew exactly who took him. You see, the Defendant that you are going to sentence today came into ▇ life several months before this and had already started terrorizing our family. ▇ was 12 years old when the defendant found my son playing on roblox. He found a boy that was fragile, he prayed on him and manipulated him. For the next few months he slowly worked his way into ▇ life in every aspect. It wasn't until November that I was doing a phone check and found some text messages on ▇ phone from the defendant. These messages were so disgusting. They started as a friendship and then slowly he manipulated my son into thinking he was homosexual. He talked my son into sending him nude photos of himself, he convinced him to send him videos of him masturbating. He told him that he was special and that he could never tell his parents what he does and how he feels because we would never love him. This continued and just got worse and worse. He convinced my son that he needed to leave his family because he would never belong. These are the images and conversations that I found on his phone on November 20th, 2021. My husband and I immediately contact law enforcement and the national center for exploited children in SLC.

In these chilling messages, the defendant instructed my son to leave quickly without taking anything with him. He repeatedly asked for clothing and shoe sizes, claiming a caring curiosity about ▮ life. He promised to treat ▮ better than we ever could and assured him he would never let him "walk to the bus stop" alone. He even requested the locations of ▮ bus stop, home, and school. ▮ believed he was simply befriending someone who cared. He had no inkling that this was part of a sinister plan to abduct him and sever all ties with us. The messages on ▮ phone revealed a disturbing reality. There were not only texts but also hidden messaging apps that this individual had encouraged ▮ to install for secret communication. He taught ▮ how to conceal their interactions from us, ensuring we wouldn't discover the truth.

We reported everything to the police, handing over ▮ phone and his passwords. A wave of terror washed over us as we feared this stranger might take ▮ at any moment. Our fear was compounded by the fact that this person was a complete stranger; ▮ didn't even know his real name, only the false identity this predator had created to lure children online. In a desperate attempt to protect our family, we withdrew both of our children from school. My husband and I took turns working from home, vigilant and on guard. We lived in a constant state of anxiety, hoping the police were diligently pursuing this case and safeguarding our son. We thought we had successfully removed this threat from ▮ life.

But we were tragically wrong. When my son was taken, it became the worst day of my life—a true nightmare. The agony of knowing my child was in the clutches of a monster—a predator who had manipulated and exploited him—is indescribable. The fear and terror we experienced were beyond words. With every visit from the police, I held my breath, bracing for the worst possible news. I was haunted by the thought of never seeing, hugging, or kissing him again. I worried I might never witness him grow into a young man or a thriving adult. ▮ was missing for just over 26 hours. While that may seem brief to some, every moment felt like an eternity, filled with endless tears and an unshakable dread. The fear that gripped me during those hours is an emotion I still cannot escape. Then, on December 28th, just before 3 AM, the police called. They wanted to come over. Fear coursed through me as I imagined them delivering the news that my son had been found—but not alive. Thankfully, that was not the news we received. ▮ had been located at a gas station with the defendant in Grand Island, Nebraska. He was safe, being held at the police station until

we could retrieve him. I didn't hesitate; I jumped in my car and drove, facing the fierce winter storm approaching. I needed my son in my arms; I longed to see his face again.

The journey took me about 17 agonizing hours, but when I finally wrapped my arms around him and expressed how much I loved him, it was a moment of pure magic—a miracle for our family. Yet, when I saw the hickeys scattered across his neck and the emptiness in his eyes, my heart shattered. He was there, but he felt like a hollow version of my son.

The aftermath of my son's kidnapping was horrifically overwhelming. While he has been safely returned, the effects of that traumatic experience have lingered painfully. In the weeks following his return, I couldn't bear to let him out of my sight. I even had to make special arrangements for my residency rotations just to stay close to him. Sleep eluded me unless I was next to ▮; for several months, I found solace only in sharing a bed with him. I couldn't be without him for more than 10 minutes, constantly afraid of what might happen if I turned away. To this day, when I come home from work, my heart races if ▮ doesn't respond immediately after I call his name. The fear of losing him all over again washes over me in an instant. Every time an Amber Alert goes off on my phone, it triggers a memory of that day, flooding me with pure panic. With the most recent Amber alert in Utah I had the notification on my phone as I was driving. I had to pull over to call ▮, needing to ensure he was home and safe. This primal reaction, I fear, will never leave me.

The impact on ▮ has been equally life-altering. Before this traumatic event, he was simply a typical 12-year-old—a boy who enjoyed video games, Marvel movies, riding his scooter, and camping with family. He had a girl that he liked and was trying to get the courage to tell her, he had dreams of becoming a veterinarian, and a genuine love for school and friends.

However, after the defendant entered his life, I began to notice profound changes. ▮ started to pull away, losing interest in friends and activities he once loved. Our close bond frayed as he withdrew from me; he seemed unable to confide in me like he used to. This monster not only took him away physically but also instilled doubts in his mind, causing him to question everything about himself. He became a target for manipulation during an already tumultuous period of adolescence.

When ▓ returned home after his abduction, he was very distant, standoffish. He was confused. He still felt like he needed to protect the defendant. There was still a huge wedge driven between ▓ and us as a family. We started family therapy and ▓ started individual therapy. At first ▓ was very hesitant, he didn't want to open up, he didn't want to talk. It took a long time for ▓ to open up about what happened when he was kidnapped. We found out through the police reports and statements that ▓ was forced to perform oral sex on the defendant, the defendant performed oral sex on ▓. He was raped by the defendant on several different occasions. My barely 14 year old sons first sexual encounter was with a 26 year old child molester, a predator. Because of this, my son has questioned his sexuality. He feels like he is supposed to be gay but doesn't because he likes girls.

▓ harrowing journey captured the nation's attention, being the first Amber Alert in ▓ Utah. His friends were all too aware of the nightmare he endured. Upon his return, the school advised him to stay home and transition to online learning until the situation "settled." They aimed to craft a careful plan for his reintegration into school life.

When ▓ finally stepped back into school, he became the center of scrutiny—more so from parents than peers. An avalanche of rumors and accusations flooded in, many anonymous complaints that tarnished his name. Each unfounded allegation led to investigations, forcing my son to relive his trauma time and time again. Although these harmful whispers have died down, the scars remain.

▓ recently experienced his first relationship with a girl his own age—a bittersweet milestone that quickly spiraled into a problematic situation. His partner turned out to be manipulative and controlling, twisting love into a weapon against him. She threatened self-harm if he didn't comply with her demands, leaving ▓ feeling helpless and trapped.

Now, he faces a new wave of emotional turmoil. The upcoming hearing against his abuser looms over him like a dark cloud, adding to his anxiety. Feeling overwhelmed, ▓ returned to antidepressants and sleep medication to combat his insomnia. Although therapy has helped him make significant strides, there is still a long road ahead. He continues to meet with his therapist every other week, navigating the complexities of healing and self-discovery.

This event hasn't merely altered my son's path; it obliterated it, leaving no trace of the future he once knew. One very disturbing and upsetting aspect of this entire ordeal is that, throughout this process, not once has he been consulted by the victim and witness advocate. No one has reached out to inquire about his feelings regarding the plea deal granted to the monster who shattered his life.

In a recent therapy session, ▉ expressed a profound sense of violation. He knows he is the victim, yet he feels utterly voiceless amid the chaos. He longs to be heard. He wants the defendant to understand that he recognizes the gravity of the crimes committed against him and the devastating impact they have had on his life. While I was told the plea deal was meant to protect ▉ from the trauma of testifying against his abuser, I question whether anyone truly considered the horrific experience he has already endured—his childhood and innocence ripped away. All he desires is to ensure that this predator faces justice.

I understand the plea deal stipulates a 10-year sentence, but how can 10 years possibly equate to the suffering my son has faced and will continue to face for the rest of his life? In a decade, when this monster is released he will be in his mid-thirties, my son will be the same age the defendant was when he kidnapped and violated him. The fear that this individual may seek him out when freed haunts my son. This isn't just a criminal; this is a predator who intentionally groomed and preyed on a vulnerable child.

Ten years will never be sufficient to atone for the pain he has inflicted on my son and our family. The scars left behind will last a lifetime. We cannot allow this injustice to stand unchallenged.

I must highlight the pain experienced by my older son, ▉. At just 15, he was a passionate high school baseball player, but he has faced relentless bullying since the abduction of his brother. Classmates cruelly taunted him about the abuse, throwing slurs and insults that targeted both him and ▉. This relentless pain has driven a deep wedge between them, shattering the bond they once cherished as siblings.

▇▇▇ grapples with confusion and heartbreak—he cannot fathom why ▇▇ left our home, nor can he understand how his brother could be so profoundly manipulated into abandoning his family. The night that ▇▇ was abducted, ▇▇▇ witnessed our family crumble, with his parents struggling to cope and in constant fear of never seeing his brother alive again.

My husband has found it nearly impossible to move beyond this profound trauma, resulting in strained relationships within our family. For 26 agonizing hours, he endured the unthinkable: the loss of his son, ▇▇▇ Those hours felt like an eternity filled with despair, and he carries an unbearable weight of guilt that he feels he will never be able to shake off. The haunting images and videos that he was forced to confront during that time replay in his mind, creating a constant reminder of the horror we faced. Each day, he struggles with a heart heavy with regret, wishing he could have done something—anything—to protect ▇▇▇. The pain has seeped into every corner of his life, affecting not only his relationship with me, but also with ▇▇ and ▇▇▇, as we all grapple with our own anguish. This ordeal has forever altered the fabric of our family, leaving us navigating a landscape filled with grief and unspoken fears.

While this letter is lengthy, I feel it is essential to share our story amid the overwhelming tide of similar cases. My hope is that it will serve as a poignant reminder that behind every statistic rests a devastating human tragedy. We must not lose sight of the sheer evil embodied by this predator, who has no place among us. He represents the faceless monster lurking in the shadows of the internet, a danger we must be vigilant against to protect our children.

Thank you for your time and consideration.

Sincerely,

▇▇▇▇▇▇▇▇▇▇▇ – ▇▇▇ mom