Your Honor,

      I grew up in a split family. I've never had the closest relationship with any of my parents, as I mentally distanced myself to avoid the instability. I spent all my Summers and occasional holidays with my ███████ side and a lot of my time alone while growing up with a single mother who worked often. My point is, I felt that I had to grow up faster than I would have liked. I never felt loved unconditionally – maybe I didn't allow myself to feel that – until my baby brothers were born. Having another human believe in me relentlessly, take strong interest in my likings, and constantly striving to emulate me is a feeling I will always be grateful to those boys for. As if they were my own sons, I felt that I had a massive role in raising them, protecting them and imparting every ounce of wisdom I had onto them to ensure that they would grow to be better than me in every way. While I have always felt closer to ███ than anybody I know, I now feel that I have failed him.

      I pray that ███ never learns that I said this (he will never let me forget it), but <u>I</u> look up to <u>him</u>. He is quite possibly one of, if not, thee most enduring, funny, loving, polite, and smartest human beings I have ever met. I brag about him daily and strive to be just like him. I must believe that ███ feels the same way, which led him to feel like he needed to be "perfect" in my eyes. By doing so, I feel that ███ wasn't comfortable sharing his thoughts and feelings with me. It likely did not help that I moved to college, and my visiting frequency to the ████████ house diminished. But I think the combination of these things are what lead to my living nightmare.

      After a 2+ year journey of healing through therapy and meditation and worship, I've finally started to find some comfort, and we are reopening these wounds now. The night terrors and sleepless nights have finally subsided, but the fear of reoccurrence, the vile stench of drugs and evil pouring off my baby brother, the image of a scared boy curled up on a couch in the Grand Island sheriff's office persist. No human being should have to fight back tears while holding the hand of a <u>child</u> covered in scratches and hickeys, while they receive a forensic exam after being kidnapped and raped <u>multiple</u> times. Any normal human being can see that this is horrific and disgusting, but most will not forgive.

      Clearly, this individual was wronged as a child, by way of abuse, molestation, or neglect, and my heart hurts for him. While I may live with the smells, images, and feelings etched into my soul, forever, this individual will live with the fact that he could have been the change he needed as a child, and he failed. I pray he finds healing and I pray that he uses the rest of his days to make a positive difference in an evil world.

Very Respectfully,

███████