**Chet Brooks, LMFT**
3670 Quincy Ave., Ste. 101
Ogden, UT 84403
801-690-3147

March 18, 2025

Crystal Peters (Victim Witness Specialist)
United States Attorney's Office – District of Utah
111 South Main Street, Ste. 1800
Salt Lake City, UT 84111
Email: Crystal.Peters@usdoj.gov

RE: █████████████████████

Dear Ms. Peters,

As a courtesy, and at the request of ████████████ and his family, I am writing this victim impact statement. I first met ████ and his parents on February 6, 2023, when they presented to my office requesting outpatient trauma therapy for ████ Since that time, I have met with ████ for a total of thirty-four sessions, with his most recent session being on March 18, 2025.

In describing the presenting problem at the time of intake ████ father reported ████ had been abducted from their home on 12/26/2022, taken across state lines, and was found in Nebraska. He further reported that while ████ was abducted, he was given drugs and sexually assaulted by his perpetrator.

As his treating clinician I can attest to the severe mental and emotional impact this trauma has had on ████ The deceptive grooming strategies that were used on him traumatically clouded and influenced ████ perceptions about himself, his parents, his brother, and upon all their family relationships. It also altered his perceptions about what a healthy relationship looks like. He consistently presents with symptoms of being withdrawn, defiant, depressed, detached and estranged from others, and confused about mental and emotional boundaries in his interpersonal relationships. Additionally, I can attest to the gross impact this crime has had on ████ mother, father, and brother. Words are not adequate to describe the full impact.

In a session on November 25, 2024, with great emotion and tears, ████ stated, "It will never be enough [for how long my perpetrator] should be locked up!...It has had a permanent altered affect in my life. I'll work through this for a long time. He is the one person I hate the most on this planet! I [explicative] hate him! It makes me mad at a lot of people. I feel powerless in this situation…My mom matters to me. Seeing how it affects her hurts! She's the coolest person."

In summary, terrible is the trauma, deep are the mental, emotional, and interpersonal relationship scars on the victims, and severe should be the punishment upon the individual who committed such an atrocious crime.

Respectfully,

█████████████████████

Chet Brooks, LMFT   ████