My name is ▮▮▮▮, and I am the grandmother of ▮▮▮▮.

First, I want to express my gratitude to the courts for allowing me to share my thoughts and for seeking justice for ▮▮.

This experience has been the hardest my family and I have ever endured. When I received the devastating call from my daughter, ▮▮▮, informing me that ▮▮ was missing, it felt as if our entire world came crashing down. The agonizing worry, the tears, and the panic were unlike anything we had ever faced.

▮▮ is a bright, loving young man who was manipulated and had his identity stolen from him. The perpetrator sought to destroy his connections with our entire family. The only item ▮▮ had left was his piggy bank. As the Amber Alert went out and police issued advisories, we could only wait in despair.

The Perp needs to be in jail for life. He took ▮▮ to Nebraska stopping several times give him drugs and then violate him in unspeakable ways. He took photos and exploited ▮▮ and posted them.  He twisted ▮▮ mind, confused him and broke him as a child.

Anybody who does this type of thing will not change! He will not get better, he will be freed from jail and go on to the next child.  He doesn't care about children and sees them as pray for his sexual needs. He had been planning this premeditated and crime and followed out with it. He is the epitome of Evil and has no regard for human life.

The effect this has had on ▮▮ for the last 2 years has been extremely hard to watch. The repercussions it has had on family almost ruined them. I remember seeing ▮▮ after ▮▮▮ my daughter picked him up from Nebraska where he was finally found. I didn't even recognize my grandson. He was empty, traumatized with hickeys all over his neck, this was a broken child that I realized was filled with grief,  trauma and felt embarrassed and humiliation.

I remember feeling at that minute that we had lost the happy little innocent boy that we knew and loved so much.

▮▮ eventually went back to school and had to face fellow school mates. Their questions the feelings of the event was being relived in his head was unbearable. Feeling of being vulnerable and singled out, the staring, some parents didn't let their kids associate with ▮▮ some parent didn't want ▮▮ going to his school at all.

The problems for little ▮▮ have been ongoing and mentally exhausting for ▮▮ and family. It has been 2 years and the struggle is present, the fear  for ▮▮ is ongoing and the fear that this perp will ever walk the streets again is terrifying.

▇ comes from a good family who have endless love for him and parents who have dedicated their lives to their children. Please consider the maximum prison time for this horrible person and think of the other families and innocent children who will be harmed by him.

No family or child should ever have to experience this kind of trauma of sexual assault, grooming, terror and humiliation. Thank God ▇ was found because the end result could have been ▇ would have been killed and tossed out like trash somewhere.

▇