

**Victim Impact Statement**

Your Honor,

Before ▓▓▓ was groomed and abducted, he was a bright, funny, and outgoing child. He loved spending time with his mother and me—whether it was golfing, fishing, camping, or simply enjoying the outdoors. He was full of life, eager to connect, and found joy in the simple moments we shared as a family.

As the online communications with his abductor increased, we noticed changes in him. He withdrew from us, became moody and easily angered. We were alarmed when we discovered he was communicating with a stranger online, and we took immediate steps to cut off his access. However, we had no idea just how much influence this person had over our son. When ▓▓▓ found an old phone to resume contact, we realized the depth of the manipulation he was under. The moment we learned that this was an adult targeting our son, we went straight to law enforcement. But by then, the damage had already begun.

After ▓▓▓ was abducted and assaulted, the change in him was undeniable. He became withdrawn, angry, and distant. The warmth and affection he once showed, especially toward his mother, seemed to disappear. He avoided real, personal interactions, choosing isolation over connection. Everyday conversations felt strained, forced—as though there was now a barrier between us that I couldn't break through. Even among his peers, he seemed guarded, as

if he no longer wanted to form meaningful bonds or lasting friendships. It is painfully clear that he struggles with trust and experiences significant anxiety in social situations.

Therapy became a necessity, and while we are grateful that he has access to professional support, we have been told that he will likely need counseling for years to come. Though ▇ has managed to make some friends and engage in certain activities, he no longer enjoys the things he once loved—especially the time we spent together. The bond we had, the effortless joy of father and son sharing time outdoors, is gone. I see glimpses of his old self when he is with his mother, as she works tirelessly to reach him through humor, music, and small moments of joy. But even so, the carefree, trusting, and happy boy he was before this crime no longer exists in the same way.

This crime did not just steal my son's innocence—it shattered our entire family. My wife and I have struggled with fear, anxiety, and sleepless nights, constantly waking to check on ▇, just to make sure he is still there. For me, the impact has been profound. As a father and a military veteran, my identity has always been built around protecting my family. But this crime has left me feeling like a failure—a fraud who could not keep his child safe. I struggle with overwhelming anxiety, depression, and anger. I find myself emotionally distant from my children, and when I do engage, my responses are often short-tempered or harsh. The guilt of that realization is something I carry every single day.

I know that no sentence can restore what was taken from ▇. There is no punishment that can undo the fear, the betrayal, and the lasting emotional wounds left behind. I do not ask for vengeance, but I do ask that the court consider the deliberate, calculated, and predatory nature of this crime. This was not an impulsive act—it was methodical and manipulative. An adult groomed my child, exploited his innocence, and ultimately led him to believe that leaving his family behind was something he wanted to do. That level of deception and harm must not go unpunished.

I respect the court's decision in this matter, but I ask that the depth of suffering—both seen and unseen—be weighed heavily. My son deserves justice. My family deserves justice. And above all, no other child should have to endure what ▇ has been forced to live through.

Thank you, Your Honor

